IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 2:20-CV-77-M

**PALM AND PINE VENTURES, LLC AND MDH GLOBAL, LLC,**

          **Plaintiff,**

v.

**CERTAIN UNDERWRITERS AT LLOYD'S LONDON, UNDERWRITERS AT LLOYD'S LONDON KNOWN AS SYNDICATE XLC 2003, CNP 4444, NVA 2007, QBE 1886, ARG 2121, AND ASC 1414, AND HDI GLOBAL SPECIALTY SE,**

          **Defendants.**

<u>**ORDER**</u>

**THIS CAUSE**, being before the undersigned upon the Defendants' Motion to Stay Discovery Pending Ruling on Motion to Dismiss; and

**IT APPEARS** to the Court that good cause has been shown in support of Defendants' Motion;

**IT IS, THEREFORE, ORDERED THAT** the Defendants' motion is **<u>GRANTED</u>** and all discovery in this matter will be stayed pending the Court's decision on Defendants' Motion to Dismiss pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure.

This the _____ day of April, 2021.

          _____
          Honorable Judge Richard E. Myers, II
          Eastern District of North Carolina

Case 2:20-cv-00077-M   Document 27   Filed 04/21/21   Page 1 of 1