UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| PALMS AND PINE VENTURES, LLC and MDH GLOBAL, LLC,<br>    Plaintiffs,<br><br>vs.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON, HDI GLOBAL SPECIALTY SE, and UNDERWRITERS AT LLOYDS LONDON KNOWN AS SYNDICATE XLC 2003, CNP 4444, NVA 2007, QBE 1886, ARG 2121, AND ASC 1414,<br>    Defendants. | **JUDGMENT**<br>**CASE NO. 2:20-CV-77-M** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the court's Order entered at Docket Entry 52 on February 22, 2022, the court GRANTS Defendants' Motion to Dismiss [DE-18] and Plaintiffs' claims are DISMISSED WITH PREJUDICE.

This Judgment filed and entered on February 22, 2022, and copies to:
Counsel of record for all parties (via CM/ECF Electronic Notification)

February 22, 2022

                                                            Peter A. Moore, Jr.
                                                            Clerk of Court

                                                     By: /s/ Kimberly R. Waddell
                                                        Deputy Clerk